UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DOLLIE SIMPSON, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) No. 3:11-0041 ) Judge Sharp |
| QUEST DIAGNOSTIC, *et al.* | ) ) |
| Defendants. | ) |

## ORDER

On October 4, 2011, the Magistrate Judge entered a Report and Recommendation ("R & R") (Docket No. 12), recommending that Plaintiff's *pro se* Complaint be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m) for Plaintiff's failure to obtain service of process on Defendants. Despite being specifically advised in the R & R that any objections to the recommendation were to be filed within fourteen days, Plaintiff has filed no objections.

Having conducted the review required by Federal Rule of Civil Procedure 72, the Court agrees with the Magistrate Judge's recommendation. Accordingly,

(1) The R & R (Docket No. 12) is hereby ACCEPTED and APPROVED; and

(2) Plaintiff's Complaint (Docket No. 1) is hereby DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to effect service of process.

The Clerk is directed to enter Judgment in a separate document in accordance with Federal Rule of Civil Procedure 58.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE